# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-1804
_____

TONI L. VILLAVERDE, PLLC,

　　Appellant,

　　v.

JORGE CASTILLO, AMERICAN
AIRLINES, and SEDGWICK CMS,

　　Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Margret G. Kerr, Judge.

Date of Accident: August 19, 2012.

July 31, 2024

PER CURIAM.

　　AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Toni L. Villaverde, Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael Hernandez, Esq., Jones Hurley & Hand, P.A., Miami, for Appellees.